MARY H. MULLEN, respondent,

*v.*

MARY SEREFIN MULLEN et al., appellants.

[Argued May term, 1925.   Decided October 19th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Fielder, whose opinion is reported in *98 N. J. Eq. 90.*

*Mr. Merrill Lane,* for the appellants.

*Messrs. Wall, Haight, Carey & Hartpence,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, MINTURN, KALISCH, BLACK, KAYS, JJ.   6.

*For reversal*—KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, JJ.   5.